NUMBER 13-08-00381-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

COLLEEN AND ELRAY MATZKE, Appellants,


v.



TRES PALACIOS GAS STORAGE LLC, Appellee. 

_____________________________________________________________


On appeal from the 329th District Court 


of Wharton County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 Appellants, Colleen and Elray Matzke, filed a notice of appeal regarding the findings
of special commissioners appointed under the provisions of Chapter 21 of the Texas
Property Code. The Wharton County District Clerk mistakenly forwarded this notice of
appeal to this Court, but has since notified the Court that this filing was in error. See Tex.
Prop. Code Ann. § 21.018 (Vernon 2004) (providing for de novo review of special
commissioners' findings in district court). Accordingly, the appeal is DISMISSED FOR
WANT OF JURISDICTION. 

 PER CURIAM



Memorandum Opinion delivered and 

filed this the 26th day of June, 2008.